

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED DD
3/19/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**TORY WIDEMAN**,
*Plaintiff, Pro Se*

1:25-cv-02897
Judge John Robert Blakey
Magistrate Judge Laura K. McNally
RANDOM / Cat. 2

v.

**CITY OF EVANSTON; EVANSTON POLICE DEPARTMENT (EPD); CHRIS VOSS, individually and officially; LYNN FISHMAN, individually; HEIDI BERNHARDT, individually; CENTRAL SQUARE, INC.; FRATERNAL ORDER OF POLICE (FOP); SHERYL WEIKAL, ESQ.; ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY (IDES)**,
*Defendants.*

**Case No.:**            **
**FEDERAL COMPLAINT FOR SYSTEMIC DISCRIMINATION, RETALIATION, AND CIVIL RIGHTS VIOLATIONS**
**JURY TRIAL DEMANDED**

---

### **I. JURISDICTION & PARTIES**

1. **Jurisdiction**:
   - **Federal Question**: 28 U.S.C. § 1331 (Title VII, 42 U.S.C. §§ 1981, 1983, 1985(3)).
   - **Civil Rights**: 28 U.S.C. § 1343.
   - **Supplemental Jurisdiction**: 28 U.S.C. § 1367 (state-law claims tied to federal claims).

2. **Parties**:
   - **Plaintiff**: Tory Wideman, African American male, employed by EPD as a telecommunicator (2003–2024).
   - **Defendants**:
     - **Municipal**: City of Evanston, EPD (policy-makers under *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978)).
     - **Individual**:
       - Chris Voss (supervisor): Engaged in racial harassment, physical intimidation, and retaliatory termination.
       - Lynn Fishman (co-worker): Perpetrated racial slurs and physical harassment.
       - Heidi Bernhardt (EPD officer): Derogatory remarks contributing to hostile environment.

- **Corporate**: Central Square, Inc. (vendor complicit in discrimination).
  - **Union**: FOP (breached duty of fair representation).
  - **Administrative**: IDES (fraudulent denial of benefits).
  - **Legal**: Sheryl Weikal, Esq. (negligence causing procedural default).

---

### **II. FACTUAL ALLEGATIONS**
#### **A. Systemic Racial Discrimination (2003–2024)**
1. **2003–2004**:
   - **Lynn Fishman**:
     - Physically elbowed Plaintiff in the ribs (2003) and stated, *"I'm not in the mood."*
     - Mocked Plaintiff's speech as *"black talk"* in front of colleagues.
   - **Chris Voss**:
     - Yelled *"What now, you fucking White Sox fan?"* during a workplace altercation.
     - Failed to report Fishman's harassment, enabling a hostile environment.

2. **2016 Training Incident**:

  - Fishman called Plaintiff a *"wicked nigger"* during a Central Square training session.

  - Central Square's trainer witnessed the slur but violated company anti-discrimination policies by not reporting it.

3. **2024 Retaliatory Termination**:

  - Voss fabricated *"misconduct"* claims after Plaintiff criticized EPD's hostile environment, leading to wrongful termination on October 4, 2024.

#### **B. Retaliation & Civil Conspiracy**

1. **IDES Defamation**:

  - EPD falsely alleged *"workplace violence"* to IDES, resulting in denial of unemployment benefits (Docket No. 2508444).

2. **FOP Collusion**:

  - Union refused to grieve termination despite prior complaints of racial discrimination, violating *Vaca v. Sipes*, 386 U.S. 171 (1967).

3. **Continuing Violation Doctrine**:

- Pre-2016 acts are actionable under *Taylor v. FDIC*, 132 F.3d 753 (7th Cir. 1997), as part of an ongoing pattern of discrimination.

#### **C. Legal Malpractice**
- **Sheryl Weikal**: Missed EEOC's 90-day filing deadline (Notice: 10/29/2024; filing due 1/27/2025), forfeiting federal remedies.

#### **D. Identity Theft & IDES Negligence**
- IDES failed to secure Plaintiff's data after a 2014 breach, enabling fraudulent activity in his employment file.

---

### **III. LEGAL CLAIMS**
**COUNT I: RACE DISCRIMINATION (TITLE VII, 42 U.S.C. § 1981)**
- Disparate treatment and hostile work environment.
- **Precedent**: *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973).

**COUNT II: RETALIATION (TITLE VII, § 1983)**
- Termination and defamation post-EEOC filing.

- **Precedent**: *Univ. of Tex. Sw. Med. Ctr. v. Nassar*, 570 U.S. 338 (2013).

**COUNT III: CIVIL CONSPIRACY (§ 1985(3))**
- City, EPD, FOP, and IDES colluded with racial animus to suppress evidence and fabricate misconduct.
- **Precedent**: *Griffin v. Breckenridge*, 403 U.S. 88 (1971) (requiring race-based animus).

**COUNT IV: LEGAL MALPRACTICE**
- Weikal's negligence barred federal remedies.
- **Precedent**: *Tri-G, Inc. v. Burke*, 2012 IL 113060.

**COUNT V: DEFAMATION (740 ILCS 145/1)**
- EPD's false statements to IDES harmed Plaintiff's reputation.
- **Precedent**: *Bryson v. News America*, 174 Ill.2d 77 (1996).

---

### **IV. RELIEF REQUESTED**
1. **Compensatory Damages**: $45,000,000

- Emotional distress, lost wages, and medical debt from COBRA lapse due to City's errors.

2. **Punitive Damages**: $75,000,000
   - Against Voss, Fishman, FOP, and Central Square for reckless indifference.

3. **Equitable Relief**:
   - **Healthcare**: Lifetime ERISA/ACA coverage for Plaintiff, partner, and children until age 26.
   - **Identity Theft Remediation**: Purge fraudulent data from IDES/EPD files; court-appointed audit.
   - **Injunction**: Bar all defendants from contacting Plaintiff or associates without court mediation.
   - **Pension Restoration**:
     - Full restoration and retroactive funding of Plaintiff's pension account under the **Illinois Municipal Retirement Fund (IMRF)** for both periods of employment (2003–2016 and 2017–2024), as if Plaintiff remained employed until early retirement age (55 years old).
     - Compensation for funds liquidated due to Defendants' conspiracy, IDES failures, and the financial harm caused by wrongful termination and

defamation, which destroyed Plaintiff's ability to secure future employment or business opportunities.

   - Adjustments to reflect all contributions, interest, and market gains that would have accrued absent Defendants' unlawful conduct.

4. **IDES Restitution**: Immediate payment of withheld benefits + 10% interest.

---

### **V. JURY DEMAND**
Plaintiff demands a jury trial on all viable claims.

**Respectfully submitted**,

3/17/25

**Tory Wideman, Pro Se**
2152 N. Green Valley Ln.
Round Lake Beach, IL 60073
(773) 398-2866

---

### **CERTIFICATE OF SERVICE**

---

### **EXHIBITS**
1. **Exhibit A**: EEOC Dismissal Notice (10/29/2024).
2. **Exhibit B**: Termination Letter (10/16/2024).
3. **Exhibit C**: IDES Denial Notice (11/21/2024).
4. **Exhibit D**: Medical Debt Documentation ($22,523.73).
5. **Exhibit G**: Retainer Agreement with Sheryl Weikal.

---

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 10/29/2024

**To:** Tory J. Wideman
2152 N Green Valley Ln.
ROUND LAKE, IL 60073
Charge No: 440-2024-07734

EEOC Representative and email:     MAUREEN MAGNIFICO
                                       Investigator
                                       maureen.magnifico@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 440-2024-07734.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
10/29/2024
Amrith Kaur Aakre
District Director



Cc:
Schenita Stewart
City Of Evanston
2100 Ridge
EVANSTON, IL 60201

Sheryl Weikal Esq.
518 South Route 31
Mchenry, IL 60050


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 440-2024-07734 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.



Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 440-2024-07734 to the



City of
Evanston™

City Manager's Office
2100 Ridge Ave
Evanston, Illinois 60201
T 847.859.7825
TTY 847.448.8064
www.cityofevanston.org

October 16, 2024

Tory Wideman
2152 N Green Valley Ln.
Round Lake Beach, IL 60073

RE: **Employment**

Dear Tory:

This letter is to advise you that the City of Evanston is terminating your employment for cause. The termination of your employment is effective to October 4.

On behalf of the City, we thank you for your service and wish you success in your future endeavors.

Any questions regarding your pension should be directed to IMRF. You can speak with an IMRF representative by calling (800) ASK-IMRF.

You will receive your final paycheck deposit from the City on October 25 which will include any earned but unused vacation and compensatory time. Your W-2 statement for this year's earnings will be sent to you at the last address on file, so if you move, please notify us in wiring or email of your new address. You will also continue to have electronic access to those forms and other payroll information through the eSuite system on an on-going basis using your same username and password.

Sincerely,

Luke Stowe

Luke Stowe
City Manager

cc:     Schenita Stewart, Chief of Police
        Melissa Sacluti, Deputy Chief
        Alexandra Ruggie, City Attorney
        Casey Solomon, Human Resources Generalist
        Clara Just, FOP Patrol, Union President
        Mike Geyer, FOP Patrol, Union Vice President

Rev. 6/29/23



**Sheryl Weikal, Esq.**
Attorney at Law
518 South Route 31, Suite 113
McHenry, Illinois 60050

P: (847) 975-2643
T: (847) 649-6995
sheryl@weikallaw.com

## CLIENT SERVICES AGREEMENT

Sheryl Ring, Esq., (hereinafter "Attorney") and ___TORY WIDEMAN___, hereinafter collectively referred to as "Clients" or "You", hereby enter into this Client Services Agreement on this date: ___08 / 12 / 2024___.

1. **Scope of Services Provided.** As explained at your initial intake appointment, We will perform **only** the **following work for You**, in accordance with Your stated goals:

   Represent client in EEOC proceedings and subsequent litigation (if necessary) against City of Evanston for employment discrimination

   Dated: ___08 / 12 / 2024___          Signed: _____

1. **Payment.** Client understands that Attorney operates on a fixed-fee monthly retainer basis, with payment of ___$1000 FLAT FEE___ *being made for each month of XXXXXXXXXXXXXXXnt XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXours. Monthly payments shall be due on the first of the month, with the first monthly payment being due before work begins. These monies shall not be deposited into a client trust fund account and are exclusive of all court costs, recording costs, reporting fees, filing fees, transfer taxes, and other necessary costs and expenses, which are also client's responsibility and are due upon billing. This is separate and in addition to the assignment of attorney fees herein. Payments over five (5) calendar days late shall incur a five percent (5%) late fee.

2. **Refunds. Client understands that Attorney's rates are significantly discounted from industry standards and that such discount is based on the anticipated timely payments of monthly fixed fees.** If Client terminates Attorney's services before the end of a monthly billing period, Attorney shall calculate the refund due, if any, based on the work performed that month at an hourly rate of $300 per hour. As a result, it is possible that termination will result in no refund due.

3. **Late Payments.** Unless otherwise agreed in writing between the Client and Attorney, Client understands and agrees that in the event Client makes more than two (2) consecutive fixed fee monthly payments more than fourteen (14) days late, Attorney shall have the right to cancel the fixed fee agreement and instead perform all future work at the standard hourly rate of $300.

4. **Authorization for Work.** You authorize Attorney, through their agents, employees, and attorneys, to take every action and do every thing reasonably necessary to achieve Your stated goals, including without limitation settlement discussions, court filings, pleadings, court appearances, demand letters, communication, correspondence, and discussions with outside counsel. You also authorize Attorney to retain other attorneys as necessary to appear in court or perform work on your behalf should Attorney deem it necessary or

Page **1** of **4**



reasonable to do so.

5. **Scope of Representation.** You and Attorney agree that Attorney is not retained by You to represent You generally, but rather, that said Attorney will limit the scope of representation to only provide certain specific legal services in connection with the matter for a short time or for a particular purpose, as stated herein.

Because Attorney and You have agreed that the lawyer will provide limited help:
- Attorney does not have to give more help than agreed in this contract, and

- Attorney does not have to help You with any other matters.
While performing the legal services, Attorney:
- Does not promise any particular outcome.
- Relies entirely on Your disclosure of facts; and

- May advise you that this representation is not reasonable or sufficient, and advise you that you need more services or another lawyer.

Further, Attorney will not provide any services that are not identified above and will not make decisions for You about any aspect of the matter unless required by law.

6. **Other Conditions and Limitations**. **You understand that no services will be rendered, and no attorney-client relationship will be formed between You and Attorney, or between any of Attorney's employees or agents and You, until and unless You sign this Agreement.** Until this Agreement is signed, We will take no action to protect Your rights. Further, you agree that any communication between You and Attorney shall remain confidential unless disclosure is authorized by the disclosing party.

7. **Litigation/Assignment of Attorney Fees**. In the event of litigation, you hereby assign irrevocably all rights to attorney fees awarded to You by the Court at a rate of $300 per hour under any fee-shifting statute or Order to Attorney, and you acknowledge that this provision is of the essence of this Agreement.

8. **Communication**. You certify that You provided Attorney with truthful information regarding Your complaint, and with Attorney in any investigation undertaken on Your behalf. In the event You failed to provide truthful information or otherwise cooperate, You understand that the success of Your matter may, and probably will, be significantly imperiled.
You acknowledge that the normal operation of Attorney's office has been explained, including that communications may be maintained through non-attorney staff, and that the different tasks may be attended to by different people. You understand and agree that Attorney may keep a copy of all incoming and outgoing written communications between Attorney and You, and Attorney recommends that You retain all such copies, so that Your file should be virtually identical to Attorney's file as the case progresses.

9. **Attorney-Client Privilege**. As a general proposition, everything you tell Attorney, or we tell you, is and will be treated as confidential information, protected by the "attorney-client privilege" and/or other applicable privileges against disclosure. However, there are certain

Page **2** of **4**

Doc ID: fe44e6430669850101a4c37906157d1222535d5a

exceptions. First, you authorize Attorney to disclose to third parties, including opposing counsel and the Court, all information we believe to be reasonably necessary to resolve your case in accordance with your stated goals. Second, we might be required to reveal information necessary to prevent death or substantial bodily harm. However, if you share privileged information with third parties it loses that protection – the third party (even relatives or financial backers) can be deposed or examined at trial as to what they know and why they know it. Additionally, the applicable ethics rules prohibit Attorney from taking direction from, or giving confidential information to, a third party without your consent in writing. In certain extremely rare circumstances, we permit contact by, and

Page **3** of **4**

either taking information from, or giving information to, such third parties, at our sole discretion. The normal rule, however, and what you should expect to apply, is that we will not respond to inquiries from any third party, no matter how trusted they might be by you, and third parties may not be the conduit for the passing of confidential information to, or from, you.

**You understand that extremely sensitive information, including tax returns, financial documents, and social security numbers may be furnished to third party financial institutions and attorneys in the course of the Representation.** You understand and agree that Attorney is not responsible for any injury or damage You incur which may result from said disclosures.

10. **No Promises or Representations:** You acknowledge that no promises or representations concerning Your matter have been made to You by Attorney. You further acknowledge and understand that there are risks inherent to every legal matter; that there are no guarantees of success or of achieving Your stated aims and goals; and that Attorney may, and probably will, recommend that You accept as resolution of the matter a compromise which, in Attorney's opinion, is in Your best interest but may not satisfy Your aims and goals in full.

    **It is understood that it is impossible to predict how long a case will take, or what the resulting outcome may be.** Attorney cannot and does not make, and have not made, any guarantees to You about the length or outcome of Your case.

11. **Termination/Discharge.** You may terminate Our services and discharge Attorney at any time, although You understand that court rules might still require said attorney to file a motion to withdraw. Attorney may withdraw or terminate our relationship with You at any time, at Our sole discretion. In either such circumstance, You agree to sign the documents necessary to permit such termination and/or withdrawal.

    You have been informed that among the events that should be expected to cause Attorney to terminate this Agreement are (1) Your breach of any portion of this Agreement, (2) Your refusal to cooperate with Attorney or to follow Our advice on a material matter, or (3) any other fact or circumstance that would render Our continuing representation or advocacy unlawful, unethical, or impractical. **Specifically, while it is Your right to identify the "objectives of representation," We are not required to pursue said objectives or means simply because You may wish that We do so.**

12. **Right of Refusal.** We may refuse to pursue certain client objectives or means, including those We regard as unlawful, unethical, repugnant, or imprudent.

13. **Authorization to obtain Confidential Information:** You hereby authorize Attorney to obtain private or otherwise confidential records concerning You, in connection with any investigation We perform related to Your case. This Authorization includes the right for Attorney to obtain tenants records, business records, private or public housing records social security records, tax records and any other documents or other tangible things that

would otherwise be considered private or confidential. This Authorization may be revoked in writing by You at any time.

14. **Right to Separate Counsel**. You understand and stipulate that We have informed You of Your right to have separate counsel review this Agreement before signing, and that We have recommended same.

15. **Arbitration**. Any and all disputes arising between You and Attorney from this Agreement, shall be decided and determined in binding arbitration in the County of Cook, Illinois, in accordance with the Federal Arbitration Act. We and You both waive Our respective rights to a jury trial against each other.

16. **No Oral Agreements**. This Agreement is the sole agreement and contract between You and Attorney. All other oral agreements, to the extent any have been made, are hereby disclaimed and superseded.

17. **Choice of Law**. This Agreement is to be interpreted and construed in accordance with the laws of the State of Illinois, without regards to the Choice of Law provisions thereof.

18. **Severability**. If any provision of this Agreement is found invalid or unlawful, the remainder of this Agreement shall continue in full force and effect.

08 / 15 / 2024

_____
Date

_____
Client signature

Page **5** of **4**

4010-0728
**Illinois Department of Employment Security**

P.O. Box 19509
Springfield, IL 62794
Phone: (800) 244-5631, Ext. 30601 · TTY: (800) 244-5631
Fax: (217) 557-4913
www.ides.illinois.gov

**TORY WIDEMAN**
**2152 N GREEN VALLEY LN**
**ROUND LK BCH, IL 60073-4834**

Date Mailed: 12/12/2024
Claimant ID: 9459751

## Determination



**(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631, Ext. 30601.)**

The following determination has been made in connection with the claim for unemployment insurance benefits.

Based on all the determinations regarding your claim, you are not eligible for benefits until you meet the eligibility requirements.

Please read each determination carefully.

Issue 001 602A - Misconduct
Deny Effective 11/10/2024 - 12/31/9999

Was the claimant discharged for misconduct connected with the work? The evidence shows the claimant was discharged from CITY OF EVANSTON because of a dispute with his supervisor. The claimant pushed the supervisor and threatened of further violence. Since the reason the claimant was discharged constituted a violation of a known and reasonable company rule, the claimant was discharged for misconduct connected with the work. The claimant is ineligible for benefits from 11/10/2024 and will be determined ineligible until he meets the eligibility requirements.

**FOR INFORMATION REGARDING YOUR RIGHTS UNDER ILLINOIS' UNEMPLOYMENT INSURANCE ACT AND THE EXACT LANGUAGE OF THE ACT AND IDES RULES, PLEASE VISIT THE AGENCY'S WEBSITE AT**
**www.ides.illinois.gov/UIRights.**
*FOR INFORMATION ON HOW TO OBTAIN FREE LEGAL SERVICES SEE IMPORTANT NOTICE BELOW.*

*If you require further details concerning the information in this letter, please contact the Agency at the phone number listed above.*

Please see appeal rights listed below and additional information regarding this determination.
If you require further details concerning the information in this letter, please contact the Agency at Claimant Services Center at (800) 244-5631, Ext. 30601.

Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631, Ext. 30601.

**TORY WIDEMAN**                                                              12/12/2024

001 602A - Misconduct - 820 ILCS 405/602A provides that an individual shall be ineligible for benefits for the weeks in which he has been discharged for misconduct connected with his work and, thereafter, until he has become re-employed and has had earnings equal to or in excess of his current weekly benefit amount in each of four calendar weeks. The term "misconduct" means the deliberate and willful violation of a reasonable rule or policy of the employing unit, governing the individual's behavior in performance of his work, provided such violation has harmed the employing unit or other employees or has been repeated by the individual despite a warning or other explicit instruction from the employing unit. The previous definition notwithstanding, "misconduct" shall include any of the following work-related circumstances: 1. Falsification of an employment application, or any other documentation provided to the employer, to obtain employment through subterfuge. 2. Failure to maintain licenses, registrations, and certifications reasonably required by the employer, or those that the individual is required to possess by law, to perform his or her regular job duties, unless the failure is not within the control of the individual. 3. Knowing, repeated violation of the attendance policies of the employer that are in compliance with State and federal law following a written warning for an attendance violation, unless the individual can demonstrate that he or she has made a reasonable effort to remedy the reason or reasons for the violations or that the reason or reasons for the violations were out of the individual's control. Attendance policies of the employer shall be reasonable and provided to the individual in writing, electronically, or via posting in the workplace. 4. Damaging the employer's property through conduct that is grossly negligent. 5. Refusal to obey an employer's reasonable and lawful instruction, unless the refusal is due to the lack of ability, skills, or training for the individual required to obey the instruction or the instruction would result in an unsafe act. 6. Consuming alcohol or illegal or non-prescribed prescription drugs, or using an impairing substance in an off-label manner, on the employer's premises during working hours in violation of the employer's policies. 7. Reporting to work under the influence of alcohol, illegal or non-prescribed prescription drugs, or an impairing substance used in an off-label manner in violation of the employer's policies, unless the individual is compelled to report to work by the employer outside of scheduled and on-call working hours and informs the employer that he or she is under the influence of alcohol, illegal or non-prescribed prescription drugs, or an impairing substance used in an off-label manner in violation of the employer's policies. 8. Grossly negligent conduct endangering the safety of the individual or co-workers. For purposes of paragraphs 4 and 8, conduct is "grossly negligent" when the individual is, or reasonably should be, aware of a substantial risk that the conduct will result in the harm sought to be prevented and the conduct constitutes a substantial deviation from the standard of care a reasonable person would exercise in the situation. Nothing in paragraph 6 or 7 prohibits the lawful use of over-the-counter drug products as defined in Section 206 of the Illinois Controlled Substances Act, provided that the medication does not affect the safe performance of the employee's work duties.

In order to requalify for benefits, one of the following conditions has to occur: 1) the claimant has had employment in at least four calendar weeks and has had earnings in each of the weeks that equal or exceed $593.00, which is the current weekly benefit amount, or 2) he/she has been reinstated by the above employer.

If you disagree with this determination, you may complete and submit a request for reconsideration/appeal. A letter will suffice if you do not have an agency form. Your request must be filed with the Illinois Department of Employment Security within thirty (30) calendar days after the date this notice was mailed to you. If the last day for filing your request is a day that the Department is closed, the request may be filed on the next day the Department is open. Please file the request by mail or fax at the address or fax number listed above. Any request submitted by mail must bear a postmark date within the applicable time limit for filing. If additional information or assistance regarding the appeals process is needed, please contact the Agency at the phone number listed above.

If you file or have filed a request for reconsideration/appeal, continue to certify for benefits as long as you remain unemployed or until you are otherwise instructed, even though you will not receive benefits unless the appeal is decided in your favor.

Si no está de acuerdo con esta determinación, puede completar y presentar una solicitud de reconsideración / apelación. La apelación puede ser enviada por correo o fax a la Agencia, en la dirección o número de fax que aparece arriba. La apelación debe ser presentada dentro de los treinta (30) días a partir de la fecha de envío. Si la apelación se envía por correo, debe tener matasellos dentro de los treinta (30) días a partir de la fecha de envío. Si usted presenta una apelación, continuará certificando para beneficios mientras usted permanece desempleado.

Si su solicitud resulta en una apelación, una audiencia se llevará a cabo ante un árbitro que le dará la oportunidad de presentar pruebas. Se le notificará por adelantado de la hora y lugar de la audiencia.

Para obtener información adicional sobre sus derechos de apelación visite nuestra pagina de internet en www.ides.illinois.gov/UI Rights.

11:35 AM Tue Mar 4 · · · 🛜 18% 🔋

< **CS** Casey Solomon Ad...

Ⅼ↗ AA ⇨ ↩ 🗑 •••

**CS** **Casey Solomon**
csolomon@cityofevanston.org 📇

**Termination of Employment** ☆

**Emails** Photos Documents

**CS** **Casey Solomon** 🔗 10/16/24
To: Me ∨

≡ Category ∨ ◁ Sent ☒ Received

○ 2024 **Edit**

**CS** Casey Solomon 🔗 10/16/24
Termination of Employment
Tory: Please see the attach... ☆
🗀 Inbox/vanawful1@ya...

Tory:

Please see the attached termination notice.

Your vacation and comp time will be paid on next Friday's (10/25) payroll and deposited to your direct deposit account. We will send information regarding your option to continue your insurance under COBRA starting November 1 shortly.

**Casey Solomon**
**Human Resources Generalist**
City Manager's Office/ Human Resources Division
City of Evanston

Pronouns: (He, Him, His)

2100 Ridge Ave | Evanston, IL 60201 | Desk Phone: 847/448-8242 | Mobile Phone: 630/204-4232 | Fax 847/448-8109
csolomon@cityofevanston.org | cityofevanston.org

*The City of Evanston is committed to promoting a Citywide culture of accessibility and inclusivity. To request an accommodation for a program, service, or activity, please call 847-866-2919 to make an ADA service request or complete a request form online.*

📄 Termination Letter -Tory Wideman.pdf

↩ •••
Reply More

| Thank you. | Got it, thanks! | Received, thank you. |

1:35 PM Wed Mar 5 · · · 📶 🔋 51% 🔲

# Search

Mail | Calendar | Channels | 🔠

🔍 cobra  ⊗  Cancel  ↗

**All**  Mail  People

① Filter  &⃝ from LinkedIn

## Top Results

🏖️ **[Draft] Tory...** 11/13/24
Re: City of Ev...  8  Sent
Thank you. I  📎
appreciate it. T....

(LJ) **LinkedIn Job...** 2/20/25
"customer se...  Deleted
ONE SOURCE VIRTUAL
HR, INC COBRA Supe...

🏖️ **Tory Wideman** 11/1/24
Re: Termination...  Sent
...forward the  📎
cobra informatio...

## Mail

• (LJ) **LinkedIn Jo...** Saturday
"customer servi...  Inbox
$75K-$85K / year
salary...

(LJ) **LinkedIn Job...** 2/20/25
"customer se...  Deleted
ONE SOURCE VIRTUAL
HR, INC COBRA Supe...

• (E) **EGAUCTION...** 11/29/24
FARLEY AUCTI...  Inbox
Click to view this email

## Re: Termination of Employment

🏖️ **You**  Nov 1
To Casey Solomon and Sheryl Weikal  ···

📄 **Termination Letter -Tory Wideman**
PDF - 119 KB

Can you forward the cobra information.

Sent from my iPad

On Oct 16, 2024, at 12:32 PM, Casey Solomon
<csolomon@cityofevanston.org> wrote:

Tory:

Please see the attached termination notice.

Your vacation and comp time will be paid on next
Friday's (10/25) payroll and deposited to your direct
deposit account. We will send information regarding
your option to continue your insurance under COBRA
starting November 1 shortly.

**Casey Solomon**
Human Resources Generalist

↩ ⌄  **Reply to All**

🗑 Delete  🗄 Archive  📥 Move  ··· More

1:36 PM  Wed Mar 5    •••    🛜 ◔ 51% 🔋

# Search

**Mail**   Calendar   Channels   🎛

🔍  cobra   ✕   Cancel   ↗

All   Mail   People

① Filter   ⅄ from LinkedIn .

## Top Results

**[Draft] Tory...**   11/13/24
Re: City of Ev...   8  Sent
Thank you. I   🖉
appreciate it. T....

**LinkedIn Job...**   2/20/25
"customer se...   Deleted
ONE SOURCE VIRTUAL
HR, INC **COBRA** Supe...

**Tory Wideman**   11/1/24
Re: Termination...   Sent
...forward the   🖉
**cobra** informatio...

## Mail

• **LinkedIn Jo...**   Saturday
"customer servi...   Inbox
$75K-$85K / year
salary...

• **LinkedIn Job...**   2/20/25
"customer se...   Deleted
ONE SOURCE VIRTUAL
HR, INC **COBRA** Supe...

• **EGAUCTION...**   11/29/24
FARLEY AUCTI...   Inbox
Click to view this email

---

**You**   Nov 13
To Tenita Deeble   •••

Thank you. I appreciate it.

T. Wideman

On Nov 13, 2024, at 11:06 AM, Tenita Deeble
<tdeeble@cityofevanston.org> wrote:

Hello Tory,

I just received confirmation from both Melife and
BCBS that they have updated you. Please see the
attached temporary ID card from BCBS. New cards
are being sent today. Metlife does not send out cards.

Please let me know if you have any questions.
Thanks,
Tenita M. Deeble
Human Resources Assistant/Benefits Coordinator
City of Evanston
Lorraine H. Morton Civic Center
2100 Ridge Ave. | Evanston, IL 60201 | 847-448-8241
tdeeble@cityofevanston.org | cityofevanston.org

•••

↞ ⌄   **Reply to All**

🗑 Delete   🗄 Archive   ⤵ Move   ••• More





 **Billing** ⋮

Back                                        Close

# Visit Accounts                    View all details

Currently viewing: Active accounts  ⌄

## Outstanding Balance

**Nov 22, 2024**                    Outstanding

### Surgery at Ambulatory Surgery Skokie
Hospital Services
Provider: Bradley Dunlap, MD
Patient: Tory J. Wideman
Primary Payer: BLUE CROSS BLUE SHIELD IL PPO (incl Blue Choice Options)
Account #126192074

| | |
|---|---|
| Billed | $22,523.73 |
| Insurance Covered | $0.00 |
| **Your Balance** | **$22,523.73** |

**View details** ⌄

**Your total balance for outstanding visit accounts: $22,523.73**

## In Progress

These accounts are not due and are only

Case 1:25-cv-00897 Document #: 1 Filed: 03/19/25 Page 28 of 28 PageID #:28

Back    **Billing** ⋮   Close

**Endeavor Health** 🍃 
Guarantor #438159 (Tory J. Wideman)

Amount Due
# $22,523.73

**Pay now**

Last paid: $150.00 on 12/2/2024

📖 **View balance details**

🤲 **Manage financial assistance**

📄 **View last statement (2/5/2025)**

✉️ **Contact customer service**

🍃 You are signed up for paperless billing. Accounts with a leaf are paperless.
**Paperless Preferences**